COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

RAMON CAMPA SOVERANES,   §   No. 08-15-00307-CR

Appellant,   §   Appeal from the

v.   §   195th District Court

THE STATE OF TEXAS,   §   of Dallas County, Texas

State.   §   (TC# F-1452686-N)

## O R D E R

Pending before the Court is State's request to supplement the reporter's record and to extend the time for filing its brief. The motion is GRANTED.

Therefore, the Court ORDERS the Official Court Reporter for the 195th District Court of Dallas County, Texas to submit a supplemental reporter's record containing a copy of State's Exhibit 1. The supplemental reporter's record is due with this Court on or before July 1, 2016. In the event that State's Exhibit 1 has been lost or destroyed, the court reporter is directed to notify the Court immediately. Further, the State's motion for extension of time to file the brief is granted until June 17, 2016. The State also requests that the appeal be abated, but the Court has determined that abatement is unnecessary at this time.

IT IS SO ORDERED this 18th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.